UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| WARNER MURRAY, on behalf of himself and all others similarly situated | : : : | |
| | : | No. 1:24-cv-4780 |
| Plaintiff, | : : | |
| | : | **NOTICE OF SETTLEMENT** |
| | : : | |
| v. | : : | |
| FREESTYLE BRANDS, LLC, | : : | |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Defendant, FREESTYLE BRANDS, LLC, ("Defendant") hereby notifies the Court that the present case has settled between Plaintiff, WARNER MURRAY ("Plaintiff") and Defendant FREESTYLE BRANDS, LLC, ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed. The parties request 45 days to finalize the case.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: August 27, 2024

                                                   */s/ Ryan T. Benson*
                                                 Ryan T. Benson (Admitted *Pro Hac Vice*)
                                                 ARDC No. 6312338
                                                 O'Hagan Meyer LLC
                                                 One East Wacker Drive, Suite 3400
                                                 Chicago, Illinois 60601
                                                 312.422.6100 –T 312.422.6110 – F
                                                 Email:rbenson@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 27, 2024, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

> Gabriel A. Levy, Esq.
> GABRIEL A. LEVY, P.C.
> 1129 Northern Blvd, Suite 404
> Manhasset, NY 11030
> Tel: +1 347-941-4715
> Email: Glevyfirm@gmail.com
> *Attorneys for Plaintiff*

> */s/ Ryan T. Benson*
> Ryan T. Benson (Admitted *Pro Hac Vice*)
> ARDC No. 6312338
> O'Hagan Meyer LLC
> One East Wacker Drive, Suite 3400
> Chicago, Illinois  60601
> 312.422.6100 –T
> 312.422.6110 – F
> rbenson@ohaganmeyer.com